Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>CHET ARLIE MOSES,<br><br>                     Defendant. | 2:21-CR-26-TOR<br><br>INDICTMENT<br><br>Vio.:  18 U.S.C. § 2119<br>         Carjacking |

The Grand Jury charges:

On or about February 26, 2021, in the Eastern District of Washington, the Defendant, CHET ARLIE MOSES, took a motor vehicle, to wit: a 2011 Infiniti G37, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of R.C.C. by force, violence, and

INDICTMENT – 1

intimidation, with the intent to cause death and serious bodily harm, all in violation of 18 U.S.C. § 2119.

DATED this 16 day of March 2021.

_____
Joseph H. Harrington
Acting United States Attorney

_____
Richard R. Barker
Assistant United States Attorney

INDICTMENT – 2