PROB 12C
(6/16)

Report Date: November 17, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Chet Arlie Moses | | Case Number: 0980 2:21CR00026-TOR-1 |
| Address of Offender: ███████████ Wellpinit, Washington 99040 | | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 10, 2022

Original Offense: Carjacking, 18 U.S.C. § 2119(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 46 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(April 9, 2024) | Prison - 41 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Federal Defender's Office | Date Supervision Commenced: January 23, 2025 |
| Defense Attorney: | Earl Allen Hicks | Date Supervision Expires: January 22, 2028 |

### PETITIONING THE COURT

On January 31, 2025, an officer reviewed the conditions of supervision with Mr. Moses. He signed a copy of his judgment acknowledging an understanding of his requirements.

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 18, 2025.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime |
| | **Mandatory Condition #2:** You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: It is alleged Mr. Moses is in violation of his conditions of supervised release for committing the following offenses on November 13, 2025; Making a False Statement to a Public Servant, in violation of R.C.W. 9A.76.175; Possession of a Controlled Substance, in violation of R.C.W. 69.50.4013; and Prisoner Possess Drugs in Local Jail, in violation of R.C.W. 9.94.041(2). |
| | According to a police report filed by the Spokane Police Department, case number 2025-20233509, on November 13, 2025, a Spokane police officer contacted Mr. Moses sitting in |

Prob12C
**Re: Moses, Chet Arlie**
**November 17, 2025**
**Page 2**

the passenger seat of a vehicle, in a known high crime, high traffic area. The vehicle was sitting behind an abandoned building that was boarded up, vacant, and with numerous no trespassing signs on the building.

When Mr. Moses was contacted, he told officers he was waiting for his mother. Mr. Moses also attempted to provided officers with a false name to hide his true identity. After further questioning and investigation by the police officer, Mr. Moses eventually told officers his true and correct name. He was arrested on his U.S. Marshals' probation warrant.

While Mr. Moses was being booked into the Spokane County Jail, staff located a bindle of suspected drugs hidden in his rectum, wrapped in a paper towel and covered in fecal matter. The undersigned officer spoke with the arresting officer who advised the bindle of drugs found was suspected to be methamphetamine and booked into evidence.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | November 17, 2025 |
| | s/Corey M McCain |
| | Corey M McCain |
| | U.S. Probation Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
November 17, 2025
Date